UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF CENTRAL LABORERS' PENSION, WELFARE & ANNUITY FUNDS, | |
| Plaintiffs, | |
| v. | Case No. 08-cv-434-JPG |
| TED DENHAM, Individually and d/b/a Ted Denham Masonry, | |
| Defendant. | |

## MEMORANDUM AND
## ORDER TO SHOW CAUSE

This matter comes before the Court for case management purposes. The plaintiffs filed this action and served the defendant in June 2008. The defendant did not respond in a timely manner, the plaintiffs requested entry of default, and on August 28, 2008, the Clerk of Court entered default against the defendant. However, the plaintiffs have not moved for default judgment pursuant to Federal Rule of Civil Procedure 55(b).

The Court hereby **ORDERS** the plaintiffs to **SHOW CAUSE** on or before August 28, 2009, why this case should not be dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent authority to manage its docket. *See In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995). Failure to respond in a timely manner to this order may result in dismissal of this action. The plaintiffs' filing of a proper motion for default judgment shall be a satisfactory response to this order to show cause.

**IT IS SO ORDERED.**
**DATED: August 13, 2009**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**