IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF CENTRAL LABORERS' PENSION, WELFARE & ANNUITY FUNDS,<br><br>    Plaintiff,<br><br>vs.<br><br>TED DENHAM, individually and d/b/a TED DENHAM MASONRY,<br><br>    Defendant. | Case No. 08-cv-434-JPG |

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

                                              **JUSTINE FLANAGAN, Acting Clerk**

**Dated: August 31, 2009**        s/Donna Stull
                                     **Deputy Clerk**

**Approved:**  s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**